UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI SERENE OPAL MEEKS, | No. 2:22-cv-0522 AC P |
| Plaintiff, | |
| v. | ORDER |
| TEHAMA COUNTY, | |
| Defendant. | |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2022, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 5. However, plaintiff has not filed a certified copy of her jail trust account statement for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit a certified copy of her trust account statement in support of her application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of her jail trust account statement for the six-month period immediately preceding the filing of the

/////

1

complaint.  Plaintiff need not submit another application to proceed in forma pauperis.

    2.  Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 4, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE