UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANAI SERENE OPAL MEEKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TEHAMA COUNTY,<br><br>　　　　　Defendant. | No.  2:22-cv-0522 KJM AC PS<br><br><br>ORDER |

　　　Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

　　　On May 6, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 12.  Plaintiff has filed objections to the findings and recommendations.  ECF Nos. 13 and 14.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 6, 2022, are adopted in full;
2. All claims against all defendants are DISMISSED with prejudice; and
3. The clerk of court is directed to close this case.

DATED: August 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE